UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Thunder Young )
)
_____ )
)
(Enter above the NAME of the
plaintiff in this action.) )
)
v. )
J. Phillips And )
Sullivan County )
Jail )
(Enter above the NAME of each
defendant in this action.) )

**FILED**

AUG 12 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

3:22-mc-31
Varlan / McCook

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES (✓) NO ( )

    B.    If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to the previous lawsuit:

        Plaintiffs: Thunder Young

        Defendants: Cpl. Burress & Sullivan County Jail

1

2. COURT: (If federal court, name the district; if state court, name the county):

   N/A

3. DOCKET NUMBER: N/A

4. Name of Judge to whom case was assigned: N/A

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending

6. Approximate date of filing lawsuit:

7. Approximate date of disposition:

II. PLACE OF PRESENT CONFINEMENT: Sullivan County Jail

   A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

   C. If your answer is YES,

      1. What steps did you take? I put a grievance in

      2. What was the result? Shargent gillam talk with me and said she was going to the D.r

   D. If your answer to B is NO, explain why not.

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

   F. If your answer is YES,

      1. What steps did you take? I spoke to some one that said the would look into it. And they moved me the next Day

2

2. What was the result? they said they was taken it to the D.A

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Thunder Young

Present address: P.O Box 616 Blountville TN 37612

Permanent home address: 929 Dorothy St Kingsport TN 37660

Address of nearest relative: 929 Dorothy St Kingsport TN 37660

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: J. Phillips And Sullivan County Jail

Official position: he his A corrections officer

Place of employment: Sullivan County Jail

C. Additional defendants: ___

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On 08/1/22 me And craig steven had told Lt mowdy that we was in fear

3

for our life and he refused to move us well then next shift came on and corrections officer J. Phillips was on shift and he let out an inmate name Jamie Auther that was in cell 14 to take a shower well he took one and then came to cell 15 with a bag of his poop and piss and put it at the bottom of our door and stomped on it then poop and piss went all over us we was left in the cell for about 15 to 20 min covered in poop and piss this could have been prevented and we was told that the inmate should have never been let out also are right was violated by being covered in the next man's poop and piss this guy also has sex charges and if we had done anything to him it would be a hate crime we need some thing done ASAP
— Thunder Young

## V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I want Justise And compenstion for Being Done wrong And not Being treated right And PAin And Suffering.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 5th day of August, 20 22.

_Thunder Young_
Signature of plaintiff(s)

5

Thunder Young
P.O. Box 610
Blountville, TN 37617

EASTERN DISTRICT of TN CLERK, U.S. DISTRICT COURT

800 MARKET ST. SUITE 130

KNOXVILLE, TN 37902

RECEIVED
AUG 1 2 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

THE WRITER IS A RESIDENT OF A CORRECTIONAL FACILITY

11 AUG 2022 PM 3 L
KNOXVILLE TN 377



THE WRITER IS A RESIDENT OF A CORRECTIONAL FACILITY

KNOXVILLE TN 377
11 AUG 2022 PM 2 L