UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| THUNDER YOUNG, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:22-CV-295-TAV-JEM |
| J. PHILLIPS and SULLIVAN COUNTY JAIL, | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered herewith, Plaintiff's complaint fails to state a claim upon which relief may be granted under § 1983. Therefore, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in its Memorandum Opinion and Order that any appeal from this action would not be taken in good faith and would be totally frivolous, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 1915(a)(3); Fed. R. Civ. P. 24.

The Clerk is **DIRECTED** to **CLOSE** this file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

  LeAnna R. Wilson
  CLERK OF COURT